UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31792 |
|---|---|
| NORMAN W WHEELER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055616**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | NORMAN W WHEELER<br>159 REISINGER AVE.<br>DAYTON, OH  45417 | 235.38 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/12/2011

Certificate of Service         08-31792

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NORMAN W WHEELER
159 REISINGER AVE.
DAYTON, OH  45417

DAVID E LARSON
1700 ONE DAYTON CENTRE
ONE SOUTH MAIN ST
DAYTON, OH  45402

(35.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(30.1n)
JOHN N ZOMOIDA JR
55 PUBLIC SQUARE
SUITE 1800
CLEVELAND, OH  44113

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv